## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MULTI-FINANCIAL SECURITIES CORP. | : | Civil Action No. 02-7640 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CARLOS SORIANO, MYRNA L. SORIANO, | : | |
| C. MATTHEW SORIANO, and MARIALUZ | : | |
| SORIANO | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MULTI-FINANCIAL SECURITIES CORP. | : | Civil Action No. 02-3828 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ARLENE BROWN | : | |
| Defendant. | : | |

### RESPONSE OF MULTI-FINANCIAL SECURITIES CORPORATION TO DEFENDANTS' MOTION TO CONSOLIDATE

Multi-Financial Securities Corporation ("Multi-Financial") by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, hereby agrees to and joins in on Defendants' Motion to Consolidate Civil Action No. 02-7640 and Civil Action No. 02-3828.

    Respectfully submitted,

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN


BY: _____
    DENIS C. DICE, ESQUIRE
    Attorney for Plaintiff,
    Multi-Financial Securities Corporation

## **CERTIFICATE OF SERVICE**

I, DENIS C. DICE, ESQUIRE, hereby certify that I am attorney for Plaintiff, Multi-Financial Securities Corp., in the within actions; that I am duly authorized to make this certification and that on the 6th day of December, 2002, I did cause a true and correct copy of the Response to Defendants' Motion to Consolidate to be served upon all counsel listed below:

Nicholas J. Guiliano, Esquire
1500 Walnut Street
Suite 1100
Philadelphia, PA  19102


Matthew Farley, Esquire
Drinker, Biddle & Reath, LLP
30 Broad Street
30th Floor
New York, NY  10004


                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN


                BY:  _____
                          DENIS C. DICE, ESQUIRE

DATED:  _____