IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MULTI-FINANCIAL SECURITIES CORP., : | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-3828 |
| | : | |
| ARLENE BROWN, | : | |
|     Defendant. | : | |

**O R D E R**

AND NOW, this _____ day of December, 2002, upon consideration of Defendant Arlene Brown's Motion to Consolidate this matter with <u>Multi-Financial Securities Corporation v. Soriano et al.</u>, Civil Action No. 02-7640, as well as the Response filed by Plaintiff Multi-Financial Securities Corporation, it is hereby ORDERED and DECREED that the Motion is DENIED.

Rule 42(a) of the Federal Rules of Civil Procedure provides:

> Consolidation. When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a). The Court concludes that the two actions involve significantly distinct factual issues and are therefore inappropriate for consolidation.

BY THE COURT:

Legrome D. Davis

Case 2:02-cv-03828-LDD   Document 9   Filed 12/20/2002   Page 2 of 2