IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MULTI  FINANCIAL  SECURITIES

C.A. 02-3828
District Court Docket Number

vs.

Arlene Brown

Notice of Appeal Filed  1/15/03
Court Reporter(s)/ESR Operator(s)

Filing Fee:
      Notice of Appeal  _X_ Paid  __ Not Paid  __ Seaman
      Docket Fee        _X_ Paid  __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by : _____
                Mrs. Norman
           Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm